Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Russell Barela

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Russell Barela,<br><br>        Defendant. | Case No. 2:22-mj-00443-DJA<br><br>**Unopposed Motion to Seal** |

Mr. Barela respectfully seeks leave to file a financial affidavit under seal. The financial affidavit documents his income, assets, debts, and other financial obligations.

While public access to judicial filings and documents is favored, *see Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978), a party may have a judicial record sealed by demonstrating "compelling reasons" that outweigh the public policy favoring disclosure, including that the records may be used improperly, *see Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

Here, Mr. Barela's privacy interest in his personal financial information constitutes a compelling reason that outweighs public policy favoring disclosure.

Additionally, financial affidavits are not filed on the docket at initial appearances in this District or shared in any form with the government. Accordingly, Mr. Barela requests relief from any rule requiring him to serve a copy of the financial affidavit on the government.

Undersigned counsel has conferred with Assistant United States Attorney Imani Dixon, and she has no objection to this motion.

Accordingly, Mr. Barela respectfully seeks leave to file the financial affidavit under seal.

Dated February 14, 2024.

        Respectfully submitted,

        Rene L. Valladares
        Federal Public Defender

        */s/ Rick A. Mula*
        Rick A. Mula
        Assistant Federal Public Defender

**IT IS SO ORDERED.**

DATED: February 15, 2024

        _____
        UNITED STATES MAGISTRATE JUDGE